IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.     CASE NO.: 3:04cr42/LAC
        3:05cv292/LAC/MD

JON MERRITT
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 18, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence (doc. 32) is DENIED.

DONE AND ORDERED this 21st day of February, 2006.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**